# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

GIUSEPPE BETTIOL, derivatively on behalf
Plaintiff

v.

3:19-cv-02890-X
Civil Action No.

LE GP, LLC, KELCY L. WARREN, THOMA
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff - Giuseppe Bettiol, derivatively on behalf of Energy Transfer, LP

Plaintiff's Counsel - Steckler Gresham Cochran PLLC, The Brown Law Firm, P.C.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Giuseppe Bettiol – Steckler Gresham Cochran PLLC, The Brown Law Firm, P.C.

Energy Transfer LP, LE GP, LLC, Kelcy L. Warren, Thomas E. Long, John W. McReynolds, Marshall S. McCrea, III, Matthew S. Ramsey, Steven R. Anderson, Richard D. Brannon, Ray C. Davis, Michael K. Grimm, K. Rick Turner, Ray W. Washburne, & William P. Williams

| | |
|---|---|
| Date: | December 9, 2019 |
| Signature: | /s/ R. Dean Gresham |
| Print Name: | R. Dean Gresham |
| Bar Number: | 24027215 |
| Address: | 12720 Hillcrest Rd., Suite 1045 |
| City, State, Zip: | Dallas, TX 75230 |
| Telephone: | 972-387-4040 |
| Fax: | 972-387-4041 |
| E-Mail: | dean@stecklerlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons