UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GIUSEPPE BETTIOL, derivatively on behalf of ENERGY TRANSFER LP,<br><br>*Plaintiff,*<br><br>v.<br><br>LE GP LLC, et. al.,<br><br>*Defendants.* | § § § § § § § § § § § § § | Civil Action No. 3:19-CV-02890-X |

# **ORDER**

On December 20, 2019, the parties filed a joint stipulation and proposed order requesting the Court to issue an order incorporating stipulations agreed to between the parties. The Court hereby adopts these stipulations, as noted below:

It is hereby stipulated and agreed by the parties and their undersigned counsel as follows:

1. Without waiving any affirmative defenses and otherwise reserving all rights, the complaint in this action shall be deemed served upon all defendants;

2. By February 7, 2020, the parties will submit a proposed schedule for responding to the complaint in this action and briefing any motions to dismiss that may be filed; and

3. All pre-trial deadlines that may apply in the action (including any obligation of defendants to respond to the complaint) shall be stayed until

such filings are filed following the parties' submission of a proposed schedule on February 7, 2020.

**IT IS SO ORDERED** this 8th day of January 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE