UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GIUSEPPE BETTIOL & BARRY KING, derivatively on behalf of ENERGY TRANSFER LP, et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> LE GP LLC, *et. al.*, <br><br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § Civil Action No. 3:19-CV-02890-X <br> § <br> § <br> § <br> § <br> § |

# **ORDER**

On February 10, 2020, the parties at the time filed a joint stipulation requesting a briefing schedule for an amended complaint and subsequent briefing [Doc. No. 10]. On April 6, 2020, the plaintiff Giuseppe Bettiol filed an unopposed motion to appoint lead and liaison counsel [Doc. No. 12].

Regarding the requested briefing schedule, the Court notes that since the briefing schedule request has been filed, *King v. Energy Transfer LP, et. al.*, Cause No. 3:20-cv-00719-X, has been consolidated into this case, adding a new consolidated plaintiff, Barry King [Doc. No. 13]. Given these developments, the Court hereby **ORDERS** the parties to file a second joint stipulation setting dates for an amended complaint and subsequent briefing. This joint stipulation must be filed by September 8, 2020.

Regarding Bettiol's unopposed motion to appoint lead and liaison counsel, upon

1

review, the Court hereby **GRANTS** Bettiol's motion and appoints The Brown Law Firm, P.C. as lead counsel and Steckler Gresham Cochran PLLC as liaison counsel.[1]

**IT IS SO ORDERED** this 28th day of August, 2020.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Although this motion was filed before *King v. Energy Transfer LP, et. al.*, Cause No. 3:20-cv-00719-X was consolidated with this case, plaintiff King in his case had filed an identical motion to appoint the same lead and liaison counsel.